1
2
3
4
5
6
7        **IN THE UNITED STATES DISTRICT COURT FOR THE**

8                **EASTERN DISTRICT OF CALIFORNIA**

9

10    D. ELLIS,                          )        NO. 1:11-cv-00095-GSA-PC
                                         )
11                    Plaintiff,         )        ORDER DISMISSING ACTION
                                         )
12            v.                         )
                                         )
13    M. CATE, et al.,                   )
                                         )
14                    Defendants.        )
      _____   )

15
16
          Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C.
17
      § 1983.  Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. §
18
      636(c)(1).
19
          By order filed January 9, 2012, the operative complaint was dismissed for failure to state
20
      a claim.  Plaintiff was granted leave to file an amended complaint, and directed to do so within
21
      thirty days.  Plaintiff has not filed an amended complaint.
22
          In the January 9, 2012, order the Court informed Plaintiff of the deficiencies in his
23
      complaint, and dismissed the complaint on the ground that Plaintiff had failed to state a claim
24
      upon which relief could be granted.  Because Plaintiff has not filed an amended complaint, the
25
      Court dismisses the claims made in the original complaint with prejudice for failure to state a
26
      federal claim upon which the court could grant relief.  See Noll v. Carlson, 809 F. 2d 1446, 1448
27
      (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to
28

dismissing for failure to state a claim).

Accordingly, IT IS HEREBY ORDERED that this action is dismissed for failure to state a claim upon which relief can be granted.   The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:**   **February 22, 2012**          _____/s/ **Gary S. Austin**_____
                                                        UNITED STATES MAGISTRATE JUDGE

2